**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Byron Lamonte McCUTCHEON, Defendant–Appellant.**

**No. 05–50353. Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 25, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Byron Lamonte McCutcheon, Fort Worth, TX, pro se.

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Byron Lamonte McCutcheon seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion challenging his conviction and sentence. Because the present 28 U.S.C. § 2255 motion is McCutcheon's fourth § 2255 motion, and McCutcheon failed to obtain permission from this Court to file a successive § 2255 motion, the district court was without jurisdiction to consider McCutcheon's § 2255 motion. *See* 28 U.S.C. §§ 2255 & 2244(b); *United States v. Key*, 205 F.3d 773, 774 (5th Cir.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2000). Accordingly, we deny the COA, vacate the judgment of the district court, and dismiss this appeal for lack of jurisdiction.

COA DENIED; JUDGMENT VACATED; APPEAL DISMISSED FOR LACK OF JURISDICTION.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.